IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :     CIVIL ACTION
EX REL WAYNE O. AULTMAN, II :
            :
    v.                  :
            :
MATT HOLM, WARDEN       :      NO. 08-1494

## O R D E R

AND NOW, this 30ᵗʰ day of September , 2008, upon

consideration of the Petition for Writ of Habeas Corpus filed Under 28 U.S.C. § 2241 and

respondent's opposition thereto, and after review of the Report and Recommendation of United

States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DISMISSED, without prejudice;

3. A certificate of appealability shall not issue since, for the reasons set

forth in the Report and Recommendation, a reasonable jurist could not conclude that the Court

is incorrect in dismissing the habeas petition without prejudice.

BY THE COURT:

J. CURTIS JOYNER, J.